UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN S. MILLER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN OF VALLEY STATE PRISON,<br><br>　　　　　Respondent. | Case No.   1:19-cv-01519-NONE-JDP<br><br>ORDER GRANTING RESPONDENT'S MOTION TO TRANSFER CASE TO THE CENTRAL DISTRICT OF CALIFORNIA<br><br>ECF No. 19 |

Petitioner Stephen S. Miller, a state prisoner without counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 10. On May 15, 2020, respondent moved to transfer this case to the United States District Court for the Central District of California. ECF No. 19. Respondent has not opposed this motion.

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). In federal habeas cases, venue is proper in the judicial district where the petitioner was convicted or the judicial district where petitioner is incarcerated. *See* 28 U.S.C. § 2241(d). Here, petitioner challenges a judgment from the Superior Court of California sitting in Orange County, which is in the Southern Division of the Central District. ECF No. 10 at 2.

Petitioner is currently incarcerated in San Luis Obispo County, which is in the Western Division of the Central District. ECF No. 10 at 2. Accordingly, venue is proper in either the Southern or Western Division of the Central District. *See id*. All events related to petitioner's claim took place in the Southern Division of the Central District and all relevant records and witnesses are located therein. ECF No. 19 at 2. Moreover, the Southern Division of the Central District adjudicated petitioner's previous habeas petition, *Miller v. Warden*, No. 8:10-cv-00428-RGK-SS (C.D. Cal. Dec. 13, 2011). Therefore, we will grant respondent's motion and transfer this case to the Southern Division of the Central District of California for the ease and convenience of the parties and the court.

**Order**

1. Respondent's motion to transfer this case, ECF No. 19, is granted;
2. This action is transferred to the Southern Division of the United States District Court for the Central District of California; and
3. All future filings shall reference the new case number assigned and shall be filed at:

>United States District Court
>Central District of California
>Southern Division
>411 West 4th Street, Room 1053
>Santa Ana, CA 92701

IT IS SO ORDERED.

Dated:   June 8, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 206.

2