JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN S. MILLER, | Case No. SACV 20-1035-RGK (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| DIRECTOR OF ATASCADERO STATE HOSPITAL, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Action Without Prejudice, IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: July 31, 2020

_____
HONORABLE R. GARY KLAUSNER
United States District Judge